**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

IN THE MATTER OF SCOTT MASON, AS
SPECIAL ADMINISTRATOR OF THE ESTATE
OF PANYA CHOMKAMSING, DECEASED,

      **Plaintiff,**

vs.                                               No. 06-CV-25 DRH

**UNITED STATES OF AMERICA and
IVORY CHOPSTICKS,**

      **Defendants.**

## ORDER

Pursuant to the Stipulation for Dismissal (Doc 11) filed in this case, the plaintiff's cause of action is **DISMISSED** with prejudice and with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: This   1st   day of   May  , 2006.

                                                /s/                David   RHerndon
                                                **UNITED STATES DISTRICT JUDGE**