IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF SCOTT MASON, AS
SPECIAL ADMINISTRATOR OF THE ESTATE
OF PANYA CHONKAMSING, DECEASED,

    **Plaintiff,**

    vs.                                              Cause No.  06-CV-25 DRH

UNITED STATES OF AMERICA and
IVORY CHOPSTICKS,

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                                      **NORBERT G. JAWORSKI, CLERK**

May 1, 2006                                          By:   s/Patricia Brown
                                                                            Deputy Clerk

APPROVED:/s/           David   RHerndon
               **U.S. DISTRICT JUDGE**